IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION BANK, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT L. CORSARO, an individual; UNITED STATES OF AMERICA; the FRANCHISE TAX BOARD for the State of California; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  1:14-CV-01627-LJO-JLT<br><br>ORDER FOR DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA AND REMAND TO STATE COURT |

Based on the stipulation of the parties filed herein on November 14, 2014 Doc. # 6, IT IS HEREBY ORDERED that the first amended complaint is dismissed against defendant United States of America pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Upon dismissal of the United States, the Court has no further jurisdiction over this action. Accordingly, IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1447(c), the remainder of this action, to wit, Plaintiff's claims against the non-federal defendants, is hereby remanded back to Kern County Superior Court, where it was originally filed as *Mission Bank v. Robert L. Corsaro, et al.*, Case No. S-1500-CV-282184 DRL.

The parties shall bear their own court costs and attorney's fees.

The Clerk of the Court shall forward a copy of this Order to the Clerk of the Kern County Superior Court.

**SO ORDERED**
**Dated: November 14, 2014**

                                            **/s/ Lawrence J. O'Neill**
                                            **United States District Judge**

1